IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREEDOM MORTGAGE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. _____ |
| NEW DAY FINANCIAL, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules of the United States District Court for the District of Maryland, Freedom Mortgage Corporation ("Freedom" or "Plaintiff"), makes the following disclosure:

Freedom is a New Jersey corporation with its principal place of business in Mount Laurel, New Jersey. Freedom does not have any parent corporations and is not a publicly-held company. Freedom hereby discloses the following affiliates and subsidiaries:

| | |
|---|---|
| Freedom Loan Services Corporation | Wholly Owned Subsidiary of Freedom |
| Freedom Small Business Lending BIDCO, Inc. | Wholly Owned Subsidiary of Freedom |
| FCRE REL, LLC | Wholly Owned Subsidiary of Freedom |
| East Coast Abstract | Affiliate of Freedom |
| Madison Credit Management Services, LLC | Affiliate of Freedom |

Freedom is not aware of any other party with a financial interest in the outcome of this litigation.

Respectfully submitted,

_____/s/_____
Connie N. Bertram
Daniel J. Davis
Alex C. Weinstein
Proskauer Rose LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004-2533
Phone: 202.416.6800
Fax: 202.416.6899
cbertram@proskauer.com
ddavis@proskauer.com
aweinstein@proskauer.com

*Attorneys for Plaintiff Freedom Mortgage Corporation*

Dated: August 19, 2015